IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #4**

IN RE: W. R. Grace & Co., et al.

---

|  |  |  |
|---|---|---|
| New Hanover Regional Medical Center | ) | |
| Appellant | ) | Civil Action No.  07-292 |
| v. | ) | |
| W. R. Grace & Co., et al. | ) | |
| Appellee | ) | Bankruptcy Case No.  01-1139 |
|  | ) | Appeal No. 07-21 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

> Memorandum Opinion and Order Disallowing and Expunging of 71 Claims Filed by Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 6/14/07**
Peter T. Dalleo
Clerk of Court

Date:  May 25, 2007
To:    U.S. Bankruptcy Court
       Counsel